1  RICHARD C. JOHNSON (SBN 40881)
   SHAAMINI A. BABU (SBN 230704)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   djohnson@sjlawcorp.com
5  sbabu@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 OPERATING ENGINEERS' PENSION              Case No.: CV 10-03537 SI
   TRUST FUND; F.G. CROSTHWAITE and
11 RUSSELL E. BURNS, as Trustees,            STIPULATION FOR DEFENDANTS TO
                                             RESPOND TO COMPLAINT
12        Plaintiffs,

13 vs.

14 D&L CONCRETE PUMPING, INC., a
   California Corporation, LARRY TURNER, and
15 DOES 1-10,

16        Defendants.

17

18        Defendants D&L CONCRETE PUMPING, INC. and LARRY TURNER were served on

19 August 23, 2010.

20        Defendants request an extension until November 22, 2010, to answer or otherwise respond

21 to the Complaint.  This Stipulated requested is made on the grounds that the parties are attempting

22 to settle this matter.

23        Defendants time to answer or otherwise respond to the Complaint has not been previously

24 extended by Court order.  An extension of time will not modify the CMC currently scheduled for

25 December 20, 2010, and all related deadlines.

26        Plaintiffs hereby stipulate to the extension.

27

28 //

                                    - 1 -        STIPULATION FOR DEFENDANTS
                                                 TO RESPOND TO COMPLAINT
                                                 Case No.:  CV 10-03537 SI

1  Dated:    October 28, 2010                SALTZMAN & JOHNSON
2                                             LAW CORPORATION

3                                             By: _____/S/_____
4                                                 Shaamini A. Babu
                                                  Attorneys for Plaintiffs
5

6

7  Date:     October 28, 2010                BROWN HALL SHORE & McKINLEY, LLP
8

9                                             By: _____/S/_____
                                                  John R. Conger
10                                                Attorneys for Plaintiffs

11  IT IS SO ORDERED.
12

13

14  *[signature: Susan Illston]*

15  _____
    Honorable Judge Susan Illston
16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -    **STIPULATION FOR DEFENDANTS
         TO RESPOND TO COMPLAINT
         Case No.:  CV 10-03537 SI**