RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>D&L CONCRETE PUMPING, INC., a California Corporation, LARRY TURNER, and DOES 1-10,<br><br>Defendants. | Case No.: CV 10-3537 [SI]<br><br>**REQUEST TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:  December 20, 2010<br>Time:  2:30 p.m.<br>Courtroom 10, 19th Floor<br>Judge: The Honorable Susan Illston |

Plaintiffs herein respectfully request that the Case Management Conference currently on calendar for December 20, 2010 at 2:30pm, be continued or vacated entirely, in anticipation of a filing of a Motion for Default Judgment by Plaintiffs.

1. A Complaint was filed in this matter on August 11, 2010, to recover withdrawal liability amounts owed by Defendants D&L Concrete Pumping, Inc. and Larry Turner ("Defendants") pursuant to the Employee Retirement Income Security Act of 1974 (ERISA) as amended by the Multi-Employer Pension Plan Amendments Act of 1980 (MPPAA).

2. Service of Defendants was effectuated on August 23, 2010, and Proofs of Services of Summons were filed with the Court on August 30, 2010.

3. To date, Defendants have failed to plead or otherwise defend or appear in this action.

4. Plaintiffs filed a Request for Entry of Default on December 3, 2010.

5. Plaintiffs are currently preparing a Motion for Default Judgment which they anticipate filing with the Court within the next thirty (30) days and it will be noticed to be heard on February 11, 2010, at 9:00 a.m.

6. There are no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for December 20, 2010, be vacated, or in the alternative be continued to Friday, February 11, 2010, 9:00 a.m. coincide to with the hearing on the Motion for Default Judgment.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 3rd day of December, 2010, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Shaamini A. Babu
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby vacated.

or

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to February 11, 2010 at ~~9:00 a.m.~~ 3:00 p.m. All related deadlines are extended accordingly.

Date: _____   _____/s/ Susan Illston_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

-2-
REQUEST TO CONTINUE OR VACATE CMC; [PROPOSED] ORDER THEREON
Case No.: CV 10 3537 SI

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **December 3, 2010**, I served the following document(s):

**REQUEST TO CONTINUE OR VACATE TELEPHONIC CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for first class mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

> **John R. Conger**
> **Brown, Hall, Shore & McKinley, LLP**
> **The Fountains**
> **3031 West March Lane, Suite 230**
> **Stockton, California 95219-6500**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **December 3, 2010**, at San Francisco, California.

/S/
Barbara Souza
Paralegal

-1-
PROOF OF SERVICE